# FROST & MILLER, LLP
Attorneys at Law
260 Madison Avenue, 16th Floor
New York, New York 10016
Tel: (646) 597-6277
Fax: (646) 597-6276

September 10, 2014

*VIA ECF*
Honorable Robert M. Levy
United States Magistrate Judge
225 Cadman Plaza East, R. 1223-S
Brooklyn, New York

       Re: Flores and Dukes v. Five Star Carting, LLC, et al.
         Docket No. 14-CV-2970 (PKC)

Dear Judge Levy:

This firm is counsel to the defendants in the above-referenced action. I am writing to request an adjournment of the initial conference in this matter which has been scheduled for October 9, 2014 at 11:00 a.m. before Your Honor.

The request is being made because I have recently incurred certain medical problems which I must take care of in the coming weeks. As a result, I will not be able to comply with the scheduled date for the initial conference. In addition, due to a delay in service of the summons upon each of the defendants, the defendants' response to the amended complaint has been adjourned until October 7, 2014. Accordingly, I respectfully request that the initial conference be adjourned to a date during the week beginning October 27, 2014.

I have spoken to counsel for the plaintiffs and they have consented to this request

Respectfully,

*[signature]*
Kenneth N. Miller

cc. Taylor B. Graham, Esq. (by electronic mail)