CORTE DISTRITAL DE LOS ESTADOS UNIDOS
PARA EL DISTRITO ESTE DE NUEVA YORK

MARCO ANTONIO FLORES, ANTONIO SANTOS y OSCAR TUDON, Individualmente y en Representación de Todos los Otros Similarmente Situados,

Demandantes,

14 Civ. 2970 (RML)

-en contra de-

FIVE STAR CARTING, LLC, FIVE STAR CARTING, INC., WORKFORCE CLEANING SERVICES, LLC, ANTHONY TRISTANI y NINO TRISTANI, Individual y Solidariamente,

Demandados.

## CONSENTIMIENTO PARA SER UN DEMANDANTE

Por mi firma abajo, yo autorizo la presentación y prosecución de la demanda arriba mencionada bajo la Ley Federal de Normas Justas de Trabajo, en mi nombre y representación por los Demandantes Representativos Marco Antonio Flores, Antonio Santos y Oscar Tudón y los designo como mis agentes para tomar decisiones en mi nombre sobre el litigio, el método y la forma de llevar a cabo este litigio y todas las demás cuestiones relacionadas con esta demanda. Entiendo que estaré representado por Pelton & Associates PC sin necesidad de pago anticipado de las costas u honorarios de abogados. Entiendo que si los Demandantes tienen éxito, las costas incurridas por los abogados en mi beneficio serán deducidas del arreglo o la sentencia, lo que sea primero. Entiendo que mis abogados podrán solicitar a la Corte que la indemnización por los honorarios y costas a pagar se hagan por cuenta del demandado en mi nombre. Yo entiendo que el monto de los honorarios profesionales podrán ser aproximadamente un tercio (1/3) del total de mi valor correspondiente del acuerdo de conciliación o la sentencia, o cualquier otra suma que sea aprobada por la Corte.

Christian Zuniga        01/05/2016
Nombre Impreso          Fecha           Firma

Dirección               Teléfono

Ciudad, Estado, Código Postal    Fechas Aproximadas de Empleo

POR FAVOR REGRESE ESTE FORMATO PARA SER PRESENTADO ANTE LA CORTE ANTES DEL DIA **19 DE FEBRERO DE 2016** A:

PELTON & ASSOCIATES PC
111 Broadway, Oficina 1503
New York, New York 10006
Teléfono (212) 385-9700; Fax (212) 385-0800;
Correo Electrónico: pelton@peltonlaw.com