**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

MARCO ANTONIO FLORES, ANTONIO
SANTOS and OSCAR TUDON, Individually and
on Behalf of All Others Similarly Situated,

           Plaintiff,           14 Civ. 2970 (RML)

-against-

FIVE STAR CARTING, LLC, FIVE STAR
CARTING, INC., WORKFORCE CLEANING
SERVICES, LLC, ANTHONY TRISTANI and
NINO TRISTANI, Jointly and Severally,

           Defendants.

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of the above styled Fair Labor Standards Act action in my name and on my behalf by the representative plaintiffs Marco Antonio Flores, Antonio Santos and Oscar Tudon as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation and all other matters pertaining to this lawsuit. I understand that I will be represented by Pelton & Associates, PC without prepayment of costs or attorneys' fees. I understand that if plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment first. I understand that my attorneys may petition the court for an award of fees and costs to be paid by defendant on my behalf. I understand that the amount of the fees will be approximately 1/3 of my total settlement or judgment, or such other amount as approved by the Court.

Jermaine Myles      J. Myles      Feb 6, 2016
Printed Name          Signature          Date

███████████████     ███████████████     ███████████████
Street Address          Email Address          Telephone

███████████████     ███████████████
City, State, Zip code      Approximate Dates of Employment

PLEASE RETURN THIS FORM FOR FILING WITH THE COURT BY **FEBRUARY 19, 2016** TO:

PELTON & ASSOCIATES PC
111 Broadway, Suite 1503
New York, New York 10006
Phone (212) 385-9700; Fax (212) 385-0800
Email: pelton@peltonlaw.com